Vincent Leung

     Plaintiff,

v.               Case No.: 1:15–cv–03877
                Honorable Edmond E. Chang

XPO Logistics, Inc.

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2017:

  MINUTE entry before the Honorable Edmond E. Chang: Status and motion hearing held on Plaintiff's motion for preliminary approval of the proposed Class Action Settlement Agreement [130]. Based on the Court's review and for the reasons discussed during the hearing, the Court grants Plaintiff's motion for preliminary approval [130] and authorizes the sending of the class notice. Deadline for notice to be provided in accordance with the Agreement and this order is 12/01/2017. Deadline to file objections or submit requests for exclusion (Opt–Out and Objection Deadline) is 01/30/2018. Final approval hearing set for 03/07/2018 at 11:45 a.m. Status hearing set for 01/11/2018 at 9:45 a.m., for the Court to review the postcard decision, though the hearing might be vacated if the Court has no questions and agrees with the parties' decision. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.