# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Leung v. XPO Logistics, Inc.   Case Number: 15-CV-03877

An appearance is hereby filed by the undersigned as attorney for:

Meridith Halsey (objector)

Attorney name (type or print): M. Frank Bednarz

Firm: Competitive Enterprise Institute's Center for Class Action Fairness

Street address: 1145 E. Hyde Park. Blvd. Unit 3A

City/State/Zip: Chicago

Bar ID Number: 6299073   Telephone Number: 202-448-8742
(See item 3 in instructions)

Email Address: frank.bednarz@cei.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 30, 2018

Attorney signature:   S/ M. Frank Bednarz
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015