# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VINCENT LEUNG, on behalf of himself and all others similarly situated, | No. 15 CV 03877 |
| Plaintiff, | |
| vs. | |
| XPO LOGISTICS, INC., | |
| Defendant. | |

## SECOND DECLARATION OF ANDREW PERRY ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING ADMINISTRATION

I, Andrew Perry declare:

1.     I am employed as a project manager by Kurtzman Carson Consultants ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as the Settlement Administrator in this case, and as the project manager, I oversee all aspects of the administrative services provided. I submit this second declaration to provide updated information regarding the *Leung et al v. XPO Logistics, Inc.,* Administration.

**CAFA Notification**

2.      In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C Section 1715, KCC compiled a CD-ROM containing documentation responsive to each section of the CAFA statute. A copy of the cover letter enclosing the CAFA Notice Packet is attached as Exhibit A.

3.      On October 23, 2017, KCC caused sixty-three ("63") CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, the Attorneys General of the 8 recognized U.S. Territories, and to the parties of interest to this Action.

4.      As of the date of this declaration, KCC has received no response to the CAFA Notice Packet from any of the recipients.

**Class List**

5.      On October 17, 2017, KCC received the Class List with 312,966 records.   The records included data points such as: names, addresses, e-mail addresses, and phone numbers.  Of these, 279,207 had valid email addresses. KCC consolidated 1,953 records that were found to be duplicates by name and address. KCC formatted the Class List for mailing purposes, and processed the names and

addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). A total of 61,643 addresses were found and updated via NCOA. KCC updated its proprietary database with the Class List. There were a total of 23 records with both an invalid Email address and invalid mailing address that were excluded from the mailing.

**Notice**

6.     On December 1, 2017, the Email Notice was sent to 279,207 Class Members. A copy of the Email Notice is attached as Exhibit C.

7.     On December 1, 2017, the Double Postcard Notice was sent to 31,783 Class Members. A copy of the Double Postcard Notice is attached as Exhibit D.

8.     To date, the Double Postcard Notice has been sent to 34,085 Class Members whose Email Notice was returned as undeliverable.

9.     On December 15, 2017, KCC caused the Reminder Email Notice to be sent to Class Members who had not yet filed a claim, but due to an error with the vendor only 59,927 out of the 241,474 emails were sent. The remaining Reminder Emails were sent on December 29, 2017. A copy of the Reminder Email Notice is attached as Exhibit E.

10.     On January 5, 2018, the Reminder Double Postcard Notice was sent to 240,074 Class Members who received an Email Notice and had not yet filed a claim. A copy of the Reminder Double Postcard Notice is attached as Exhibit F.

11.     On January 23, 2018 KCC caused the Final Reminder Email Notice to be sent to 216,716 Class Members who had not yet filed a claim. A copy of the Final Reminder Email is attached as Exhibit G.

12.     To date, KCC has received a total of 6,698 Single Postcard Notices returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with the new addresses and Notice Packages to be re-mailed to the updated addresses.

13.     Prior to the filing deadline, 27,793 Double Postcard Notices were returned as undeliverable. KCC searched for updated addresses for these records and 16,643 were updated and remailed. There have been an additional 9,093 Double Postcard Notices returned as undeliverable after the claim filing deadline passed and were therefore not searched.

**Settlement Website**

14.     On December 1, 2017, the Settlement Website located at www.XPOTCPAsettlement.com went live. On the Settlement Website, visitors can

access important case documents, read answers to frequently asked questions, and submit a claim form online.

**IVR**

15.     Prior to Emailing of the Notice, KCC caused an Interactive Voice Response ("IVR") system to be established (844-454-4160) to provide information about the settlement, allow class members to file a claim, and to record requests for Notice Packets.

**Claim Forms**

16.     To date, there have been 33,563 claims submitted online, 9,699 paper claims submitted by postal mail, and 455 claims submitted over the phone for a total of 43,716 claims.  Of these claims, 43,714 are claims submitted by known Class Members ("Known Claims").

17.     To date, there are 2 Claims submitted by individuals who could not be identified as Class Members ("Unknown Claims"). The parties have not decided whether these claims will be accepted.

18.     To date, there are 660 Known Claims missing either a phone number or a signature. The parties have decided to accept all incomplete Known Claims.

19.     To date, KCC has identified 999 duplicate claims.

20.     To date, there have been 42,715 valid Known Claims processed, for a filing rate of approximately 13.74%.

**Requests for Exclusion**

21.     The Requests for Exclusion ("opt-out ") deadline was January 30, 2018. To date, we have received 26 timely opt-outs. The list of opt-outs is attached as Exhibit H.

**Administration Costs**

22.     KCC estimates its total cost of administration will be $298,321.


I declare under penalty of perjury under the laws of the State of Kentucky that the foregoing is true and correct and that this declaration was executed this 20th day of February, 2018, at Louisville, Kentucky.

Andrew Perry

# EXHIBIT A



462 South 4th Street     800.211.5201    PHONE
Louisville, KY 40202     kccllc.com

October 23, 2017

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

      Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

      O'MELVENY & MYERS LLP represents XPO Logistics, Inc. ("Defendant") in a putative class action lawsuit entitled *Leung v. XPO Logistics, Inc.*, Case No. 1:15-cv-03877.  The lawsuit is pending before the Honorable Edmond E. Chang in the United States District Court for the Northern District of Illinois, Eastern Division.  This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on October 13, 2017.

| | |
|---|---|
| **Case Name:** | *Leung v. XPO Logistics, Inc.* |
| **Case Number:** | 1:15-cv-03877 |
| **Jurisdiction:** | United States District Court, Northern District of Illinois, Eastern Division |
| **Date Settlement Filed with Court:** | October 13, 2017 |

      Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.  In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

    1.    **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:**  A copy of the *Class Action Complaint* filed May 1, 2015 is included on the enclosed CD Rom.



«First» «Last»
October 23, 2017
Page 2

2.  **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  A copy of *Vincent Leung's Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum* filed October 13, 2017 is included on the enclosed CD Rom.  Following the Court's October 19, 2017 hearing on Plaintiff's Motion for Preliminary Approval, a Final Fairness Hearing has tentatively been scheduled for March 7, 2018.   Any Class Member who wishes to either object to the Settlement or request exclusion from the Settlement Class must do so by January 30, 2018.  Please note that the Final Fairness Hearing and other hearings may be scheduled, or rescheduled, in this matter, but you will not receive any further notice from Defendant. Copies of *the Notice of Motion, Declaration of Keith J. Keogh*, and *Order (1) Conditionally Certifying a Settlement Class, (2) Preliminarily Approving Class Action Settlement, (3) Approving Notice Plan and (4) Setting Final Approval Hearing* are also included on the enclosed CD Rom.

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  The parties have agreed to a notice to class members, filed with the Court on October 13, 2017.  Notice will first be attempted by e-mail and will then be mailed to any class members for whom an attempted e-mail notice is returned undeliverable or an e-mail address is not available.  A copy of the *E-Mail and Mail Notice* to be provided to the class is included on the enclosed CD Rom.

4.  **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the *Class Action Settlement Agreement and Release* filed with the Court on October 13, 2017 is included on the enclosed CD Rom.

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:**  As of October 23, 2017, no other settlement or agreement has been entered into by the parties to this this Action or by and through their respective representatives.

6.  **28 U.S.C. § 1715(b)(6) – Final Judgmen**t:  No Final Judgment has been entered as of October 23, 2017, nor have any Notices of Dismissal been granted at this time.  Copies of the *[Proposed] Form of Order Granting Final Approval* and *[Proposed] Form of Judgment Dismissing Action with Prejudice* are included on the enclosed CD Rom.

7.  **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:**  Pursuant to 28 U.S.C. § 1715(b)(7)(A), below is a breakdown, by State, of the estimated number of class members in each state and the State's proportionate share of the settlement fund. Additionally, enclosed with the CD, if your State has a



«First» «Last»
October 23, 2017
Page 3

known Class Member, is the list of those Class Member names in your State. The States of residence are categorized by where the class member is currently believed to reside or most recently resided (to the best of Defendant's ability to determine based on information available in its records).

| State/Territory | Count | % of Class |
|---|---|---|
| AL | 168 | 0.054% |
| AZ | 1921 | 0.614% |
| CO | 1509 | 0.482% |
| CT | 7246 | 2.315% |
| DC | 9305 | 2.973% |
| DE | 858 | 0.274% |
| FL | 45624 | 14.578% |
| GA | 13957 | 4.460% |
| IA | 2 | 0.001% |
| ID | 1 | 0.000% |
| IL | 16903 | 5.401% |
| IN | 229 | 0.073% |
| KS | 2176 | 0.695% |
| LA | 15 | 0.005% |
| MA | 21386 | 6.833% |
| MD | 15488 | 4.949% |
| ME | 239 | 0.076% |
| MI | 9039 | 2.888% |
| MN | 6261 | 2.001% |
| MO | 3853 | 1.231% |
| MS | 14 | 0.004% |
| NC | 10257 | 3.277% |
| NH | 717 | 0.229% |
| NJ | 22671 | 7.244% |
| NM | 9 | 0.003% |
| NV | 18 | 0.006% |
| NY | 85804 | 27.416% |
| OH | 468 | 0.150% |
| PA | 18607 | 5.945% |



«First» «Last»
October 23, 2017
Page 4

| | | |
|---|---|---|
| RI | 1562 | 0.499% |
| SC | 1520 | 0.486% |
| TN | 271 | 0.087% |
| TX | 4 | 0.001% |
| VA | 14303 | 4.570% |
| VT | 34 | 0.011% |
| WI | 378 | 0.121% |
| WV | 144 | 0.046% |
| WY | 5 | 0.002% |
| **Grand Total** | **312966** | **100%** |

Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 312,966 individuals in the class.

8.   **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.  As of October 23, 2017, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact E. Clay Marquez, Esq. at O'MELVENY & MYERS LLP immediately so that Defendant XPO Logistics, Inc. can address any concerns or questions you may have.

Thank you.

Sincerely,

*/s/*

Patrick M. Passarella
SENIOR VICE PRESIDENT

Enclosure – CD Rom

# EXHIBIT B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|------|-------|---------|-----------|-----------|------|-------|-----|
| Lindemuth | Jahna | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Marshall | Steve | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Sessions | Jefferson | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matthew | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Beshear | Andy | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Hawley | Joshua D. | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Porrino | Chrisopher S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Donovan | TJ | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Vazquez Garced | Wanda | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902 |
| Walker | Claude E. | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Skilling | April Dawn | Office of the Secretary | Department of Justice for the Federated States of Micronesia | P.O. Box PS 105 | Palikir, Pohnpei | FM | 96941 |
| | | Office of the Attorney General | P.O. Box 1365 | | Koror | PW | 96940 |
| | | Office of the Attorney General | P.O. Box 890 | | Majuro | MH | 96960 |
| Clay | Marquez | O'Melveny Myers LLP | Two Embarcadero Center | 28th Floor | San Francisco | CA | 94111 |
| Keith | Keogh | Keogh Law Ltd. | 55 W. Monroe | Ste. 3390 | Chicago | IL | 60603 |
| Ryanne | Cozzi | KCC | 462 S. 4th St. | 10th Floor | Louisville | KY | 40202 |

# EXHIBIT C

**Andrew Perry**

| | |
|---|---|
| **From:** | Class Action Claims Administrator <donotreply@XPOTCPAsettlement.com> |
| **Sent:** | Friday, December 01, 2017 8:02 PM |
| **To:** | Andrew Perry |
| **Subject:** | Important - Notice of Class Action Settlement - Leung et al. v. XPO Logistics, Inc. |

Andrew Perry
Claim ID: KCC00004
PIN: 654321

### NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

*Leung et al. v. XPO Logistics, Inc.,*
**USDC, Northern District of Illinois, Eastern Division Case No. 15-cv-03877**

YOU MAY BE ENTITLED TO RECEIVE MONETARY COMPENSATION.

| | |
|---|---|
| **What is this?** | This is notice of a Proposed Settlement in a class action lawsuit. |
| **What is this lawsuit about?** | The Settlement would resolve a lawsuit brought on behalf of a putative class of individuals, alleging XPO Logistics, Inc. ("XPO") violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA") by making prerecorded survey calls regarding Ikea deliveries to cell phones without the prior express consent of Leung or the putative class members. XPO denies these allegations and any wrongdoing. The Court has not ruled on the merits of Plaintiffs' claims or XPO's defenses. |
| **Why am I getting this notice?** | You were identified as someone who may have received one of these survey calls based on XPO's records. |
| **What does the Settlement provide?** | XPO has agreed to pay a total of $7,000,000 into a Settlement Fund, which will pay, as approved by the court, for the cost of notice and administration of the settlement, Settlement Class members' claims, attorneys' fees and costs incurred by counsel for Plaintiffs and the Settlement Class ("Class Counsel"), a service award for Plaintiff and a charitable contribution solely for uncashed checks, if a second distribution is not feasible. Class Counsel estimate that a Settlement Class member who submits a valid claim form ("Claim Form") may receive a cash award of between $131 to $263. This is an estimate only. The final cash payment amount will depend on the total number of valid claims submitted by Settlement Class Members. Plaintiff will petition for service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees up to one third of the settlement fund, not to exceed $2,333,334 plus reasonable expenses. |
| **How can I receive a payment from the Settlement?** | To receive payment, you must complete and submit a valid Claim Form by **January 30, 2018**. You can obtain and submit a Claim Form online at www.XPOTCPASettlement.com. You can also make a claim by phone or obtain a mail-in Claim Form by calling 844-454-4160. Mail-in Claim Forms must be sent to the Settlement Administrator at P.O. Box 404040, Louisville, KY, 40233-9844. |
| **Do I have to be included in the** | If you don't want monetary compensation from this Settlement and you want |

1

| Settlement? | to keep the right to sue or continue to sue XPO on your own, then you must exclude yourself from the Settlement by sending a letter requesting exclusion to the Settlement Administrator by **January 30, 2018** at the address below that contains the specific information set forth in the Settlement Website. |
|---|---|
| **If I don't like something about the Settlement, how do I tell the Court?** | If you don't exclude yourself from the Settlement, you can object to any part of the Settlement. You must file your written objection with the Court by **January 30, 2018**, mailed to both Class Counsel and defense counsel and containing the specific information set forth in the Settlement Website www.XPOTCPAsettlement.com. |
| **What if I do nothing?** | If you do nothing, you will not be eligible for a payment. But you will still be a Settlement Class member and bound by the Settlement, and you will release XPO from liability. |
| **How do I get more information about the Settlement?** | This notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the final approval hearing, visit www.XPOTCPASettlement.com. You can also obtain additional information, a long form notice or Claim Form by calling 844-454-4160. |

This message was intended for: andrew.perry@kccllc.com
You were added to the system December 1, 2017.
For more information click here. Update your preferences
Unsubscribe | Unsubscribe via email



# EXHIBIT D

XPO Logistics, Inc. TCPA Settlement
c/o KCC Settlement Administrator
P.O. Box 404040
Louisville, KY 40233-9844

2D

TO RECEIVE BENEFITS FROM THIS
SETTLEMENT, YOU MUST PROVIDE
ALL OF THE INFORMATION AND
YOU MUST SIGN THIS CLAIM
FORM.  IF A CLAIM FORM IS
SUBMITTED ONLINE, YOU
MUST SUBMIT AN ELECTRONIC
SIGNATURE.

**QUESTIONS? VISIT**
**WWW.XPOTCPASETTLEMENT.COM**
**OR CALL 844-454-4160**
**OR CLASS COUNSEL AT 866.726.1092.**

Postal Service: Please Do Not Mark Barcode

Claim ID: <<Claim8>>
PIN Code: <<PIN>>

XLE-<<Claim8>>-<<CkDig>>

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# XLE

1.   CLAIMANT INFORMATION:
Primary Address

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

Primary Address continued

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|

City                                                                          State          Zip Code

E-Mail Address (if applicable)

Cellular Telephone Number (where you received the call(s))     <<FName>> <<LName>>
                                                              <<Addr1>> <<Addr2>>
                                                              <<City>>, <<State>> <<Zip>>

2.   AFFIRMATION:

By signing below, I declare, that the information above is true and accurate. This Claim Form may be researched and verified
by XPO Logistics, Inc. and the Settlement Administrator.

Signature: _____     Dated: _____

Name (please print): _____

2D                    <<CLAIMID>>

**NOTICE OF PROPOSED CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT**

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

*Leung et al v. XPO Logistics, Inc.,*
**USDC, Northern District of Illinois, Eastern Division Case No. 15-cv-03877**

YOU MAY BE ENTITLED TO RECEIVE MONETARY COMPENSATION.

**What is this?** This is notice of a Proposed Settlement in a class action lawsuit.

**What is this lawsuit about?** The Settlement would resolve a lawsuit brought on behalf of a putative class of individuals, alleging XPO Logistics, Inc. ("XPO") violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA") by making prerecorded survey calls regarding Ikea deliveries to cell phones without the prior express consent of Leung or the putative class members. XPO denies these allegations and any wrongdoing. The Court has not ruled on the merits of Plaintiffs' claims or XPO's defenses.

**Why am I getting this notice?** You were identified as someone who may have received one of these survey calls based on XPO's records.

**What does the Settlement provide?** XPO has agreed to pay a total of $7,000,000 into a Settlement Fund, which will pay, as approved by the court, for the cost of notice and administration of the settlement, Settlement Class members' claims, attorneys' fees and costs incurred by counsel for Plaintiffs and the Settlement Class ("Class Counsel"), a service award for Plaintiff and a charitable contribution solely for uncashed checks, if a second distribution is not feasible. Class Counsel estimate that a Settlement Class member who submits a valid claim form ("Claim Form") may receive a cash award of between $131 to $263. This is an estimate only. The final cash payment amount will depend on the total number of valid claims submitted by Settlement Class Members. Plaintiff will petition for service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees up to one third of the settlement fund, not to exceed $2,333,334 plus reasonable expenses.

**How can I receive a payment from the Settlement?** To receive payment, you must complete and submit a valid Claim Form by **January 30, 2018**. You can obtain and submit a Claim Form online at www.XPOTCPASettlement.com. You can also make a claim by phone or obtain a mail-in Claim Form by calling 844-454-4160. Mail-in Claim Forms must be sent to the Settlement Administrator at the address below.

**Do I have to be included in the Settlement?** If you don't want monetary compensation from this Settlement and you want to keep the right to sue or continue to sue XPO on your own, then you must exclude yourself from the Settlement by sending a letter requesting exclusion to the Settlement Administrator by **January 30, 2018** at the address below that contains the specific information set forth in the Settlement Website.

**If I don't like something about the Settlement, how do I tell the Court?** If you don't exclude yourself from the Settlement, you can object to any part of the Settlement. You must file your written objection with the Court by **January 30, 2018**, mailed to both Class Counsel and defense counsel and containing the specific information set forth in the Settlement Website.

**What if I do nothing?** If you do nothing, you will not be eligible for a payment. But you will still be a Settlement Class member and bound by the Settlement, and you will release XPO from liability.

**How do I get more information about the Settlement?** This notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the final approval hearing, visit www.XPOTCPASettlement.com. You can also obtain additional information, a long form notice or Claim Form by calling 844-454-4160.

Place
Stamp
Here

XPO Logistics, Inc. TCPA Settlement
c/o KCC Settlement Administrator
P.O. Box 404040
Louisville, KY 40233-9844



**XLE**

# EXHIBIT E

**Andrew Perry**

| | |
|---|---|
| **From:** | Class Action Claims Administrator <donotreply@XPOTCPAsettlement.com> |
| **Sent:** | Friday, December 15, 2017 8:02 PM |
| **To:** | Andrew Perry |
| **Subject:** | REMINDER - Notice of Class Action Settlement - Leung et al. v. XPO Logistics, Inc. |

Andrew Perry
Claim ID: KCC00004
PIN: 654321

### NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

*Leung et al. v. XPO Logistics, Inc.,*
**USDC, Northern District of Illinois, Eastern Division Case No. 15-cv-03877**

YOU MAY BE ENTITLED TO RECEIVE MONETARY COMPENSATION.

| | |
|---|---|
| **What is this?** | This is notice of a Proposed Settlement in a class action lawsuit. |
| **What is this lawsuit about?** | The Settlement would resolve a lawsuit brought on behalf of a putative class of individuals, alleging XPO Logistics, Inc. ("XPO") violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA") by making prerecorded survey calls regarding Ikea deliveries to cell phones without the prior express consent of Leung or the putative class members. XPO denies these allegations and any wrongdoing. The Court has not ruled on the merits of Plaintiffs' claims or XPO's defenses. |
| **Why am I getting this notice?** | You were identified as someone who may have received one of these survey calls based on XPO's records. |
| **What does the Settlement provide?** | XPO has agreed to pay a total of $7,000,000 into a Settlement Fund, which will pay, as approved by the court, for the cost of notice and administration of the settlement, Settlement Class members' claims, attorneys' fees and costs incurred by counsel for Plaintiffs and the Settlement Class ("Class Counsel"), a service award for Plaintiff and a charitable contribution solely for uncashed checks, if a second distribution is not feasible. Class Counsel estimate that a Settlement Class member who submits a valid claim form ("Claim Form") may receive a cash award of between $131 to $263. This is an estimate only. The final cash payment amount will depend on the total number of valid claims submitted by Settlement Class Members. Plaintiff will petition for service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees up to one third of the settlement fund, not to exceed $2,333,334 plus reasonable expenses. |
| **How can I receive a payment from the Settlement?** | To receive payment, you must complete and submit a valid Claim Form by **January 30, 2018**. You can obtain and submit a Claim Form online at www.XPOTCPASettlement.com. You can also make a claim by phone or obtain a mail-in Claim Form by calling 844-454-4160. Mail-in Claim Forms must be sent to the Settlement Administrator at P.O. Box 404040, Louisville, KY, 40233-9844. |
| **Do I have to be included in the** | If you don't want monetary compensation from this Settlement and you want |

1

| | |
|---|---|
| **Settlement?** | to keep the right to sue or continue to sue XPO on your own, then you must exclude yourself from the Settlement by sending a letter requesting exclusion to the Settlement Administrator by **January 30, 2018** at the address below that contains the specific information set forth in the Settlement Website. |
| **If I don't like something about the Settlement, how do I tell the Court?** | If you don't exclude yourself from the Settlement, you can object to any part of the Settlement. You must file your written objection with the Court by **January 30, 2018**, mailed to both Class Counsel and defense counsel and containing the specific information set forth in the Settlement Website www.XPOTCPAsettlement.com. |
| **What if I do nothing?** | If you do nothing, you will not be eligible for a payment. But you will still be a Settlement Class member and bound by the Settlement, and you will release XPO from liability. |
| **How do I get more information about the Settlement?** | This notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the final approval hearing, visit www.XPOTCPASettlement.com. You can also obtain additional information, a long form notice or Claim Form by calling 844-454-4160. |

This message was intended for: andrew.perry@kccllc.com
You were added to the system December 1, 2017.
For more information click here. Update your preferences
Unsubscribe | Unsubscribe via email



# EXHIBIT F

XPO Logistics, Inc. RCPA Settlement
c/o KCC Settlement Administrator
P.O. Box 404040
Louisville, KY 40233-9844

2D

### FINAL NOTICE

TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE ALL OF THE INFORMATION AND YOU MUST SIGN THIS CLAIM FORM.  IF A CLAIM FORM IS SUBMITTED ONLINE, YOU MUST SUBMIT AN ELECTRONIC SIGNATURE.

**QUESTIONS? VISIT WWW.XPOTCPASETTLEMENT.COM OR CALL 844-454-4160 OR CLASS COUNSEL AT 866.726.1092.**

Postal Service: Please Do Not Mark Barcode

Claim ID: <<Claim8>>
PIN Code: <<PIN>>

XLE-<<Claim8>>-<<CkDig>>

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# XLE

1.  CLAIMANT INFORMATION:
Primary Address

Primary Address continued

City | State | Zip Code

E-Mail Address (if applicable)

Cellular Telephone Number (where you received the call(s))

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

2.  AFFIRMATION:

By signing below, I declare, that the information above is true and accurate. This Claim Form may be researched and verified by XPO Logistics, Inc. and the Settlement Administrator.

Signature: _____  Dated: _____

Name (please print): _____

2D

<<CLAIMID>>

FINAL NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

*Leung et al v. XPO Logistics, Inc.,*
**USDC, Northern District of Illinois, Eastern Division Case No. 15-cv-03877**

YOU MAY BE ENTITLED TO RECEIVE MONETARY COMPENSATION.

**What is this?** This is the final notice of a Proposed Settlement in a class action lawsuit.

**What is this lawsuit about?** The Settlement would resolve a lawsuit brought on behalf of a putative class of individuals, alleging XPO Logistics, Inc. ("XPO") violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA") by making prerecorded survey calls regarding Ikea deliveries to cell phones without the prior express consent of Leung or the putative class members. XPO denies these allegations and any wrongdoing. The Court has not ruled on the merits of Plaintiffs' claims or XPO's defenses.

**Why am I getting this notice?** You were identified as someone who may have received one of these survey calls based on XPO's records.

**What does the Settlement provide?** XPO has agreed to pay a total of $7,000,000 into a Settlement Fund, which will pay, as approved by the court, for the cost of notice and administration of the settlement, Settlement Class members' claims, attorneys' fees and costs incurred by counsel for Plaintiffs and the Settlement Class ("Class Counsel"), a service award for Plaintiff and a charitable contribution solely for uncashed checks, if a second distribution is not feasible. Class Counsel estimate that a Settlement Class member who submits a valid claim form ("Claim Form") may receive a cash award of between $131 to $263. This is an estimate only. The final cash payment amount will depend on the total number of valid claims submitted by Settlement Class Members. Plaintiff will petition for service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees up to one third of the settlement fund, not to exceed $2,333,334 plus reasonable expenses.

**How can I receive a payment from the Settlement?** To receive payment, you must complete and submit a valid Claim Form by **January 30, 2018**. You can obtain and submit a Claim Form online at www.XPOTCPASettlement.com. You can also make a claim by phone or obtain a mail-in Claim Form by calling 844-454-4160. Mail-in Claim Forms must be sent to the Settlement Administrator at the address below.

**Do I have to be included in the Settlement?** If you don't want monetary compensation from this Settlement and you want to keep the right to sue or continue to sue XPO on your own, then you must exclude yourself from the Settlement by sending a letter requesting exclusion to the Settlement Administrator by **January 30, 2018** at the address below that contains the specific information set forth in the Settlement Website.

**If I don't like something about the Settlement, how do I tell the Court?** If you don't exclude yourself from the Settlement, you can object to any part of the Settlement. You must file your written objection with the Court by **January 30, 2018**, mailed to both Class Counsel and defense counsel and containing the specific information set forth in the Settlement Website.

**What if I do nothing?** If you do nothing, you will not be eligible for a payment. But you will still be a Settlement Class member and bound by the Settlement, and you will release XPO from liability.

**How do I get more information about the Settlement?** This notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the final approval hearing, visit www.XPOTCPASettlement.com. You can also obtain additional information, a long form notice or Claim Form by calling 844-454-4160.

Place
Stamp
Here

XPO Logistics, Inc. TCPA Settlement
c/o KCC Settlement Administrator
P.O. Box 404040
Louisville, KY 40233-9844



**XLE**

# EXHIBIT G

**Andrew Perry**

| | |
|---|---|
| **From:** | Class Action Claims Administrator <donotreply@XPOTCPAsettlement.com> |
| **Sent:** | Tuesday, January 23, 2018 8:05 PM |
| **To:** | Andrew Perry |
| **Subject:** | FINAL REMINDER - Notice of Class Action Settlement - Leung et al. v. XPO Logistics, Inc. |

Andrew Perry
Claim ID: KCC00004
PIN: 654321

**FINAL REMINDER NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT**

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

*Leung et al. v. XPO Logistics, Inc.,*
**USDC, Northern District of Illinois, Eastern Division Case No. 15-cv-03877**

YOU MAY BE ENTITLED TO RECEIVE MONETARY COMPENSATION.

| | |
|---|---|
| **What is this?** | This is notice of a Proposed Settlement in a class action lawsuit. |
| **What is this lawsuit about?** | The Settlement would resolve a lawsuit brought on behalf of a putative class of individuals, alleging XPO Logistics, Inc. ("XPO") violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA") by making prerecorded survey calls regarding Ikea deliveries to cell phones without the prior express consent of Leung or the putative class members. XPO denies these allegations and any wrongdoing. The Court has not ruled on the merits of Plaintiffs' claims or XPO's defenses. |
| **Why am I getting this notice?** | You were identified as someone who may have received one of these survey calls based on XPO's records. |
| **What does the Settlement provide?** | XPO has agreed to pay a total of $7,000,000 into a Settlement Fund, which will pay, as approved by the court, for the cost of notice and administration of the settlement, Settlement Class members' claims, attorneys' fees and costs incurred by counsel for Plaintiffs and the Settlement Class ("Class Counsel"), a service award for Plaintiff and a charitable contribution solely for uncashed checks, if a second distribution is not feasible. Class Counsel estimate that a Settlement Class member who submits a valid claim form ("Claim Form") may receive a cash award of between $131 to $263. This is an estimate only. The final cash payment amount will depend on the total number of valid claims submitted by Settlement Class Members. Plaintiff will petition for service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees up to one third of the settlement fund, not to exceed $2,333,334 plus reasonable expenses. |
| **How can I receive a payment from the Settlement?** | To receive payment, you must complete and submit a valid Claim Form by **January 30, 2018**. You can obtain and submit a Claim Form online at www.XPOTCPASettlement.com. You can also make a claim by phone or obtain a mail-in Claim Form by calling 844-454-4160. Mail-in Claim Forms must be sent to the Settlement Administrator at P.O. Box 404040, Louisville, KY, 40233-9844. |
| **Do I have to be included in the** | If you don't want monetary compensation from this Settlement and you want |

| | |
|---|---|
| Settlement? | to keep the right to sue or continue to sue XPO on your own, then you must exclude yourself from the Settlement by sending a letter requesting exclusion to the Settlement Administrator by **January 30, 2018** at the address below that contains the specific information set forth in the Settlement Website. |
| **If I don't like something about the Settlement, how do I tell the Court?** | If you don't exclude yourself from the Settlement, you can object to any part of the Settlement. You must file your written objection with the Court by **January 30, 2018**, mailed to both Class Counsel and defense counsel and containing the specific information set forth in the Settlement Website www.XPOTCPAsettlement.com. |
| **What if I do nothing?** | If you do nothing, you will not be eligible for a payment. But you will still be a Settlement Class member and bound by the Settlement, and you will release XPO from liability. |
| **How do I get more information about the Settlement?** | This notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the final approval hearing, visit www.XPOTCPASettlement.com. You can also obtain additional information, a long form notice or Claim Form by calling 844-454-4160. |

This message was intended for: andrew.perry@kccllc.com
You were added to the system December 1, 2017.
For more information click here. Update your preferences
Unsubscribe | Unsubscribe via email



# EXHIBIT H

Exclusion Requests as of February 20, 2018

ALIREZA DADVAR
AMBRA CASONATO
ANDREW KARASYK
AROHI SHARMA
BRANDON BASSO
CELSO AUGUSTO ALBERTI
CHRIS ADAMS
CHUN LIANG
DAVID GIANNELLI
ETLEVA HAXHIYMERI
FLAVIA VIOTTI RIBEIRO
GUILLAUME PANTHOU
GWEN DISTEFANO
JEAMIN KIM
JÉRÉMY GUIVARCH
JESSICA SCARLATA
JUNGHWA KIM
LARRY YORK
MUHAMMAD HAQ
RODRIGO ROJO
SHIMAN SHAN
SOKOL BEJTJA
SVETLANA ZUSINA
WENDY LOPEZ
YI QIANG CHEN
ZILI ZHANG