# EXHIBIT 3

Dec 2, 2017

For XPO Logistics in <u>XPO Logistics TCPA Litigation</u>:

I object to the settlement in the XPO TCPA Litigation. I think receiving an automated call after an Ikea delivery was entirely appropriate & expected and that I implicitly consented to being contacted when I requested delivery service. I do not think XPO should be required to pay this settlement.

Dan Richman
301-669-0967 (# called by XPO)
d.e.richman@gmail.com

Current address:
1019 Hunter St
Balt. MD 21202

Address after Jan 1, 2018
142 N Milton Ave
Balt. MD 21224



BALTIMORE MD 212

14 DEC 2017 PM 5 L

E. Clay Marquez
O'Melveny & Myers LLP
Two Embarcadero Ctr., 28th Fl.
San Francisco, CA 94111

94111-350300

...ned by Williams
...on mail review"

Dan Richman
1017 Hunter St
Balt. MD 21223