## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Vincent Leung

                Plaintiff,

v.                                 Case No.: 1:15−cv−03877
                                                  Honorable Edmond E. Chang

XPO Logistics, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 4, 2018:

       MINUTE entry before the Honorable Edmond E. Chang: The Court has the approval motions [144] [149] under advisement. The status hearing of 04/05/2018 is reset to 05/03/2018 at 9:00 AM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.