UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VINCENT LEUNG, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>XPO LOGISTICS, INC.,<br><br>      Defendant. | Case No. 15-CV-03877 |

**FINAL JUDGMENT**

  The Court held a Final Approval Hearing on March 7, 2018, after notice was provided in an Order that (1) preliminarily approved the Class Action Settlement; (2) conditionally certified a Settlement Class; (3) approved a Notice Plan; and (4) set the Final Approval Hearing date (the "Preliminary Approval Order"). After hearing argument at the Final Approval Hearing, the Court took the final approval under advisement. On May 30, 2018, the Court issued an Opinion and Order approving of the Class Action Settlement (as modified). The Court now enters this Final Judgment. It is hereby ORDERED:

  1.  This case is hereby dismissed with prejudice;

  2.  The Class Action Settlement is enforceable as modified, the Parties and Claims Administer are to effectuate the Settlement Agreement according to its terms;

  3.  Attorney fees and costs are awarded to Class Counsel in the amount of

2

$2,283,018.57 to be distributed by the Claims Administer from the settlement fund;

4. An incentive award is awarded to named Plaintiff, Vincent Leung, in the amount of $10,000 to be distributed by the Claims Administer from the settlement fund;

5. Based upon the Court's finding that there is no just reason for delay of enforcement or appeal of this Order and Final Judgment the Court directs the Clerk to enter final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

6. The status hearing on distribution of payments is set for July 26, 2018, at 9:45 a.m.

                                                  ENTERED:

                                                  s/Edmond E. Chang
                                            Honorable Edmond E. Chang
                                            United States District Judge

DATE: June 19, 2018